**MORRIS L. HORWITZ**
**Chapter 7 United States Trustee in Bankruptcy**
14 Lafayette Square, Suite 1440
Buffalo, NY 14203
(716) 838-4300 (Erie)   (716) 693-4529 (Niagara)
(716) 693-4685 (fax)

July 25, 2011



Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202-2501

    Re:   EVANS, JEREMY A.          09-12700-K
          Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $3.50. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    ____   I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    X   The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    GE Money Bank/JC Penny        $3.50        Claim Register # 6

                                          Morris L. Horwitz, Trustee